# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **YVETTE WILLIAMS,**<br><br>**Plaintiff,**<br>v.<br><br>**AETNA, AETNA LIFE INSURANCE COMPANY, and UNITED PARCEL SERVICE,**<br><br>**Defendants.** | **Case No. 3:18-CV-00005-DJH** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Yvette Williams ("Plaintiff"), and Defendants Aetna and Aetna Life Insurance Company ("Defendants"), by and through their undersigned counsel, and agree and stipulate that the above-styled action and all claims contained therein should be dismissed with prejudice against Defendants with each party to bear its own costs.

Dated this 11th day of September 2018.

| | |
|---|---|
| ROBERT FLORIO<br>ATTORNEY AT LAW | MAYNARD, COOPER & GALE, P.C. |
| By: /s/ *Robert Florio* (w/permission)<br>Robert Florio<br>1500 Story Avenue<br>Louisville, KY 40206<br>Attorney for Plaintiff | By: */s/ William B. Wahlheim, Jr.*<br>William B. Wahlheim, Jr. (phv)<br>Grace R. Murphy (phv)<br>1901 Sixth Avenue North, Suite 2400<br>Birmingham, AL 35203-2618<br>Attorneys for Defendants |